IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:11-cr-00235-003 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| GEORGE RIVERA, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant George Rivera shall be released to (NAME OF PERSON, from the Fresno County Jail on Friday, November 17, 2017 at 11:00 AM. A Westcare representative will then transport George Rivera directly to the Westcare Residential Program in Fresno, California to be admitted and complete residential program.

IT IS SO ORDERED.

Dated: **November 16, 2017**              /s/ Lawrence J. O'Neill
                                                            UNITED STATES CHIEF DISTRICT JUDGE